IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date of Notice: August 20, 2019

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **CAROLYN CAVANESS**<br>Bail | **NO. 17-333** |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for a **SENTENCING**, on **Thursday, October 24, 2019**, at **1:30 p.m.**, before the Honorable  Jan E. DuBois  in Courtroom 12-B, 12th floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**Defendant, who is on bail, shall report to the Courtroom on the date and time specified above.  If a defendant fails to appear as directed, her bail may be revoked, and a bench warrant issued.**

At least one (1) week before sentencing, the parties shall file and serve sentencing memoranda which set forth any legal authority upon which they will rely at sentencing. Any downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least one (1) week before sentencing.  Motions other than downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least two (2) weeks before sentencing.  Responses to any such motions shall be filed and served at least one (1) week before sentencing.   One (1) copy of each sentencing memorandum and each motion and response shall be served on the Court (Chambers, Room 12613) and the United States Probation Officer when the original is filed.

**[] INTERPRETER  REQUIRED**
**This proceeding has been rescheduled from:**

                                                Sincerely,

                                                 Ms. M. Hull
                                                **Deputy Clerk to Judge DuBois**

      Notice  to:                   Defendant (U.S. Mail)
                                       Anthony Petrone, Esquire (via email)
                                       Eric Gibson, AUSA (via email)
                                       U.S. Marshal (via email)
                                       Michael Lott, Probation Office (via email)
                                       Keri Foster, Pretrial Services (via email)
                                       Crystal Wardlaw (via email)